UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:25-cv-00303-SHK | Date: | April 21, 2025 |
|---|---|---|---|
| Title: | Alex Douglas Romero Torres v. Kristi Noem, et al. | | |

Present: The Honorable  Shashi H Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL [ECF No. 13]**

On February 4, 2025, Plaintiff Alex Douglas Romero Torres ("Plaintiff") filed a complaint for declarative relief ("Complaint" or "Compl.") against Defendants Kristi Noem, Jennifer Higgins, Marco Rubio, and Does 4 through 10, inclusive (collectively, "Defendants"). Electronic Case Filing Number ("ECF No.") 1, Compl.  On April 10, 2025, Plaintiff filed a Request for Dismissal of Plaintiff's Writ in the Nature of Mandamus ("Request") which the Court construes as Plaintiff's Notice of Voluntary Dismissal Pursuant to Federal Rules of Civil Procedure ("Rule") 41(a) or (c).  ECF No. 13, Request.  In the Request, Plaintiff seeks to "dismiss this action in its entirety against all Defendants."  Id. at 2.

Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  Fed. R. Civ. P. 41(a)(1)(A)(i).  Here, Defendants have not filed an answer or a motion for summary judgment.  Accordingly, this action is dismissed in its entirety against all Defendants, pursuant to Plaintiff's notice and the matter is DISMISSED WITHOUT PREJUDICE.  The Clerk is directed to terminate this action.

**IT IS SO ORDERED.**